2:21-cv-02305-CSB-EIL   # 39   Filed: 01/15/25   Page 1 of 1   E-FILED
Wednesday, 15 January, 2025 11:37:16 AM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **NECA-IBEW WELFARE TRUST FUND,** et al., | ) ) ) |
| **Plaintiffs,** | ) ) |
| vs. | ) ) Case Number: 2:21-cv-02305-CSB-EIL |
| **J-HULICK ELECTRIC I, INC.** and **STEWART ELECTRIC LLC,** | ) ) ) ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is to be entered in favor of Plaintiff NECA-IBEW WELFARE TRUST FUND and against Defendant J-HULICK ELECTRIC I, INC. in the amount of $55,039.59 consisting of audit liability of $2,071.98, liquidated damages and interest of $558.35, additional contributions of $43,171.13, liquidated damages of $4,317.11, and interest of $4,921.02.

Judgment is to be entered in favor of Plaintiff NECA-IBEW PENSION TRUST FUND and against Defendant J-HULICK ELECTRIC I, INC. in the amount of $45,280.97 consisting of audit liability of $514.08, liquidated damages and interest of $156.62, additional contributions of $36,746.85, liquidated damages of $3,674.69, and interest of $4,188.73.

Judgment is to be entered in favor of Plaintiff NATIONAL ELECTRICAL BENEFIT FUND and against Defendant J-HULICK ELECTRIC I, INC. in the amount of $7,284.62, consisting of contributions of $5,469.15, liquidated damages of $1,093.83, and interest of $721.64.

Judgment is to be entered in favor of Plaintiff NECA-IBEW PENSION BENEFIT TRUST FUND and against Defendant, J-HULICK ELECTRIC I, INC. in the amount of $29,084.40, consisting of contributions of $23,520.42, liquidated damages of $3,528.06, and interest of $2,035.92.

**Dated: 1/15/2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court